IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:06-CR-00426 |
| --- | --- | --- |
| | ) | |
| Plaintiff-Respondent, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| JEANNE HERRINGTON, *pro se*, | ) | MOTION FOR 3-WEEK EXTENSION OF TIME |
| | ) | TO RESPOND TO MOTION TO CORRECT |
| Defendant-Petitioner. | ) | <u>SENTENCING UNDER THE FIRST STEP ACT</u> |

Now comes the Respondent, the United States of America, and respectfully asks for a three-week extension of time to respond to Petitioner's Motion to Correct Sentencing. (Doc. 216: Motion, PageID 1825-26).

Petitioner Jeanne Herrington file a *pro se* motion to correct sentencing citing the First Step Act, on March 11, 2019. However, the government was never served. The motion first came to its attention on April 3, 2019. Accordingly, the government seeks a three-week extension, until April 24, 2019, to properly research and file its response.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:  <u>/s/ Ava Rotell Dustin</u>
      Ava Rotell Dustin (OH: 0059765)
      Assistant United States Attorney
      Four Seagate, Suite 308
      Toledo, OH 43604
      (419) 259-6376
      (419) 259-6360 (facsimile)
      Ava.Rotell.Dustin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

Jeanne Herrington, *pro se*
Reg. No. 43680-060
Residential Reentry Mgmt. (RRM) Chicago
825 N. Christiana Avenue, #268
Chicago, IL 60651

/s/ Ava Rotell Dustin
Ava RotellDustin
Assistant U.S. Attorney

Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge